IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TERRI L. BLATZ, etc.,         )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:11cv1105-MHT
                              )         (WO)
CHRISTOPHER FRANCEN BLATZ,    )
et al.,                       )
                              )
    Defendants.               )
```

OPINION

Plaintiff filed this lawsuit asserting claims arising out of a divorce proceeding and a custody dispute. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

To be sure, the plaintiff's complaint is most challenging: it is rambling and often incomprehensible. Nevertheless, the court agrees with the magistrate judge

that the four requirements for the Rooker-Feldman doctrine apply, see Sophocleus v. Alabama Dept. of Transp., 605 F. Supp.2d 1209, 1217 (M.D. Ala. 2009) (Thompson, J.) ("In short, the alpha and omega for the doctrine is that the case must be '[(1)] brought by state-court losers [(2)] complaining of injuries caused by state-court judgments [(3) rendered before the district court proceedings commenced and [(4)] inviting district court review and rejection of those judgments.'") (quoting Exxon Mobile Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280, 284 (2005)).  The court also
believes that res judicata applies here.  Sophocleus, 605 F. Supp. 2d at 1218.  Finally, there are a number of other barriers to plaintiff's claims: for example, the defendant judges and state entities are entitled to immunity, and the private defendants' alleged conduct does not constitute 'state action.'

    An appropriate judgment will be entered.

    DONE, this the 12th day of October, 2012.

                                  /s/ Myron H. Thompson

　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**